UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON LEE AUDETTE, | No. 2:16-cv-01256 AC P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Review of the petition demonstrates that it is incomplete. Although petitioner identifies four claims, the first claim is not identified; nor can it reasonably be inferred. See ECF No. 1 at 5. Therefore petitioner will be directed to prepare and file an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days after service of this order, file an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, on the form provided herewith.

////

////

////

////

1

2. The Clerk of Court is directed to send petitioner, together with a copy of this order, the following:

    a. A new application for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

    b. A copy of the original petition docketed on June 8, 2016, ECF No. 1.

SO ORDERED.

DATED: June 10, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE