UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON LEE AUDETTE,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC ARNOLD, Warden,<br><br>    Respondent. | No. 2:16-cv-01256 AC P<br><br><br>ORDER |

    For good cause shown, petitioner's request for extended time, ECF No. 18, to file his opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file and serve his opposition on or before March 31, 2017. Respondent may file and serve a reply within fourteen (14) days after the opposition is entered on the court's docket.

    IT IS SO ORDERED.

DATED: January 31, 2017

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

.