UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON LEE AUDETTE,<br><br>              Petitioner,<br><br>     v.<br><br>ERIC ARNOLD, Warden,<br><br>              Respondent. | No. 2:16-cv-01256 JAM AC P<br><br><br><br>ORDER |

For good cause shown, the court grants respondent's second request for extended time, ECF No. 24, to file and serve his reply to petitioner's opposition to respondent's pending motion to dismiss; the reply shall be due on or before June 9, 2017.

Additionally, the court grants petitioner's request for discovery, ECF No. 23, and directs respondent to include a certified or verified copy of petitioner's prior convictions including his "actual discharge date." Petitioner will be accorded the opportunity to file a surreply.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for extended time, ECF No. 24, is granted.

2. Petitioner's request for limited discovery, ECF No. 23, is granted.

3. Respondent shall file and serve his reply on or before June 9, 2017; such reply shall include a certified or verified copy of petitioner's prior convictions including his "actual discharge date." See ECF Nos. 23 & 4.

1

4. Petitioner is directed to file and serve an authorized surreply within thirty days after service of respondent's reply.

IT IS SO ORDERED.

DATED: May 11, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE